RECEIVED
IN LAKE CHARLES, LA

APR 21 2006

ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
## LAKE CHARLES DIVISION

| | | |
|---|---|---|
| BILLY RAY TATUM | : | DOCKET NO. 2:05-cv-1196 |
| VS. | : | JUDGE TRIMBLE |
| WARDEN, F.C.I. OAKDALE | : | MAGISTRATE JUDGE WILSON |

### JUDGMENT

There being no objection to the proposed findings of fact and conclusions of law in the Report and Recommendation of the Magistrate Judge previously filed herein these findings and conclusions are accepted. Alternatively, this court concludes that the proposed findings and conclusions are entirely correct. Accordingly, it is

ORDERED that this petition be DENIED AND DISMISSED.

THUS DONE AND SIGNED in Chambers at Lake Charles, Louisiana, this 21st day of April, 2006.

JAMES T. TRIMBLE, JR.
UNITED STATES DISTRICT JUDGE